# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PATRICK M. BROWNE, SECRETARY, PENNSYLVANIA DEPARTMENT OF REVENUE,

        Appellant

        v.

SENATE OF PA, JOSEPH PITTMAN, MAJORITY LEADER; KIM WARD, PRESIDENT PRO TEMPORE OF THE SENATE; SENATE INTERGOVERNMENTAL OPERATIONS COMMITTEE, JARRETT COLEMAN, CHAIR; AND MAX BARTLEBAUGH, SERGEANT OF ARMS OF THE PENNSYLVANIA SENATE,

        Appellees

: No. 83 MAP 2024
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 11th day of December, 2024, as the Commonwealth Court's order is not a final order and did not deny a request for injunctive relief or issue a declaratory judgment, the notice of appeal is quashed. *See* Pa.R.A.P. 341 (Final Orders Generally); Pa.R.A.P. 311(a)(4), (8) (specifying certain interlocutory orders appealable as of right).